**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>OPHTHALMIC CONSULTANTS OF BOSTON, INC., JEFFREY S. HEIER, M.D., MICHAEL G. MORLEY, M.D., GENENTECH, INC., and CENCORA, INC., d/b/a BESSE MEDICAL,<br><br>Defendants. | ) | No. 24-cv-11495-RGS |

**ORDER**

The United States, the Commonwealth of Massachusetts ("Massachusetts"), and the relator having filed a Joint Stipulation of Dismissal and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the terms and conditions of a July 31, 2026 Settlement Agreement among the United States, Massachusetts, the relator, and defendants Ophthalmic Consultants of Boston, Inc. ("OCB"), Jeffrey S. Heier, M.D. ("Heier"), and Michael G. Morley, M.D. ("Morley"),

It is hereby **ORDERED** that this action shall be dismissed as follows:

(1) Claims against the defendants for the Covered Conduct set forth in Recital D to the Agreement are dismissed with prejudice as to the United States and Massachusetts;

(2) All other claims against the defendants in this Civil Action shall be dismissed without prejudice as to the United States and Massachusetts; and

(3) All claims against the defendants in this Civil Action shall be dismissed with

prejudice as to the relator.

Dated: 9-9-2026

Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE